## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**KYTOSKI KING**                                    **CIVIL ACTION NO. 6:22-CV-12**

**VERSUS**                                          **JUDGE ROBERT R. SUMMERHAYS**

**WILKINSON TECHNOLOGIES**        **MAGISTRATE JUDGE CAROL B. WHITEHURST**
**LTD, ET AL.**

## JUDGMENT

CONSIDERING the Agreed Motion To Dismiss With Prejudice [ECF No. 62] filed by Plaintiff and defendant OSSA, LLC,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED, and that all claims, demands, and/or causes of action asserted by plaintiff, Kytoski King, in the above-captioned matter against defendant, OSSA, LLC be and are hereby dismissed with prejudice, with each of Kytoski King and OSSA, LLC to pay their own costs and attorney's fees.

THUS DONE AND SIGNED in Chambers this 29th day of April, 2024.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**